# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0745
Lower Tribunal No. 2019-CA-003432

———————————————

JORGE A. CORDERO and MARIA NIEVES,

Appellants,

v.

CENTRAL FLORIDA BUILDING AND RENOVATIONS, INC.,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

February 11, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and BROWNLEE, JJ., concur.


Julio E. Gil de Lamadrid, Bayamon, Puerto Rico, for Appellants.

K.C. Bouchillon, of K. C. Bouchillon, P.A., Bartow, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED